HARRISBURG v. MILLER & HERTZLER.

PER CURIAM, July 26, 1900:

The record in this case has not been printed, but if we correctly understood counsel it was agreed that the same judgment should be entered in it as in Harrisburg v. Funk, ante, p. 495. Therefore the judgment is affirmed.